**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC W. SUGGS, | Case No. 5:25-cv-02199-GW-JC |
| Petitioner, | JUDGMENT |
| v. | |
| MALANIE BRUNS, | |
| Respondent. | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: September 10, 2025

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE